IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BRIKARY KIRARY NASH                                                                                          PLAINTIFF

v.                                              Case No. 4:22-cv-4014

JAILER PRESTON OVERSTREET,
Little River County Detention Center                                                                        DEFENDANT

## ORDER

    Before the Court is a Report and Recommendation filed June 8, 2023, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 33. Judge Bryant recommends that Defendant Preston Overstreet's Motion for Summary Judgement (ECF No. 19) be Granted in Part and Denied in Part. Specifically, Judge Bryant recommends that summary judgment be denied regarding Plaintiff's excessive force claim against Defendant in her individual capacity, and that summary judgment be granted regarding Plaintiff's excessive force claim against Defendant in her official capacity.

    No party has filed objections to the Report and Recommendation and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 33) *in toto*. Defendant's Motion for Summary Judgment (ECF No. 19) is hereby **GRANTED IN PART** and **DENIED IN PART**. Summary judgment as to Plaintiff's excessive-force claim against Defendant in her individual capacity is hereby **DENIED**. Summary judgment as to Plaintiff's excessive-force claim against Defendant in her official capacity is hereby **GRANTED**.

    **IT IS SO ORDERED**, this 17th day of July, 2023.

                                                          /s/ Susan O. Hickey
                                                          Susan O. Hickey
                                                          Chief United States District Judge