IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BRIKARY KIRARY NASH                                                                                      PLAINTIFF

v.                                              Case No. 4:22-cv-4014

JAILER PRESTON OVERSTREET                                                                        DEFENDANTS

## ORDER

Currently before the Court is Defendant's Motion to Dismiss. ECF No. 44. Plaintiff Brikary Kirary Nash originally filed this 42 U.S.C. § 1983 action *pro se* on February 9, 2022. ECF No. 1. Plaintiff was granted Leave to Proceed *in forma pauperis* on the same day. ECF No. 3.

On May 1, 2024, Defendant filed the instant Motion to Dismiss. Defendant states in his Motion that the parties have entered into a settlement agreement, part of which requires the dismissal of this action with prejudice. ECF No. 44. Plaintiff did not join in this Motion to Dismiss. On May 2, 2024, the Court ordered Plaintiff to respond to Defendant's Motion to Dismiss. ECF No. 45. Specifically, the Court directed Plaintiff to respond, "indicating whether he agrees to dismissal of his complaint with prejudice." *Id.* Plaintiff's response was due by May 23, 2024. This Order was not returned as undeliverable mail and Plaintiff did not respond.

The Court construes Plaintiff's failure to object as an accession to the stated settlement agreement and dismissal with prejudice as requested by Defendant. Accordingly, Defendant's Motion to Dismiss (ECF No. 44) is hereby **GRANTED**. Plaintiff's Amended Complaint (ECF No. 7) is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 2nd day of August, 2024

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge